UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| TYLYNN CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-1269 |
| ) | |
| WILDWOOD INDUSTRIES, INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On July 15, 2008, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. Neither party filed an objection to the Report & Recommendation. *See* 28 U.S.C. ▪ 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); and *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties did not present timely objections, any such objection is waived. *Id.*

The Court concurs with the analysis of the Magistrate Judge that Defendant's Motion to Dismiss for Failure to Prosecute be allowed. The Defendant filed this Motion on May 30, 2008. On June 17, 2008, the Magistrate Judge granted Plaintiff's counsel's Motion to Withdraw and ordered Plaintiff to respond to Defendant's Motion to Dismiss for Failure to Prosecute by July 7, 2008. To date, Plaintiff has failed to file a Response. Accordingly, the Court now adopts the Report & Recommendation [#30] of the Magistrate Judge in its entirety, and Defendants= Motion to Dismiss [#25] is GRANTED. The cause of action alleged in Count I is therefore DISMISSED WITH PREJUDICE. This

matter is terminated.

ENTERED this 15th day of September, 2008.

s/ Michael M. Mihm<br>
Michael M. Mihm<br>
United States District Judge

1:07-cv-01269-MMM-BGC   # 31   Page 2 of 2